UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GIA NGUYEN,

        Plaintiff,

v.

MARKEL INSURANCE COMPANY, et al.

        Defendants.

2:12-CV-293 JCM (RJJ)

**ORDER**

Presently before the court is defendant Markel Insurance Company's motion to file a joint petition for approval of settlement involving a minor under seal. (Doc. #8). The motion has been filed pursuant to Local Rule 10-5(b), which requires that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal."

The parties represent that the case has been settled and that the terms of the settlement are confidential. They request filing the petition for approval of the settlement under seal to preserve the confidentiality of the settlement agreement. The court finds that there are compelling reasons to maintain the confidentiality of the settlement agreement. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant's motion to file a joint petition for approval of settlement involving a minor under seal (doc. #8) be, and the same hereby is, GRANTED.

DATED May 4, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -